# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY, <br><br> Plaintiff, <br><br> v. <br><br> FUNDERBURK, *et al.*, <br><br> Defendants. | Case No.  1:22-cv-00954-BAM (PC) <br><br> ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS <br><br> **FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Stacen Omar Outhoummountry ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   __**August 8, 2022**__                    _____*/s/ Barbara A. McAuliffe*_____

UNITED STATES MAGISTRATE JUDGE

1